UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHAD HENRY LANCASTER,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>    Defendant. | CASE NO. 3:18-cv-5433 RSL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

(3)    The Clerk of Court is directed to enter **JUDGMENT** in favor of plaintiff and against defendant.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1     (4)     The Clerk is directed to send copies of this Order to counsel of record.

Dated this 5th day of April, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge